IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVE MAURICE TOWNSEND,

    Petitioner,

v.                                    Case No. 1:17cv266-MW/CAS

CROSS CITY CORRECTIONAL INSTITUTION,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall **TRANSFER** the case, including any service copies and pending motions, to the Untied States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings. Once the transfer has been effected, the Clerk shall close the file.

**SO ORDERED on November 27, 2017.**

                                              s/Mark E. Walker            ____
                                              **United States District Judge**